IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FISHBOWL PRIZES, INC. and DEAN RAGE DEVELOPMENT, LLC., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 16-cv-03521 |
| V. | ) ) | Honorable Elaine Bucklo Honorable Sidney Schenkier |
| BOLD LABS, INC., | ) ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

Plaintiffs Fishbowl Prizes, Inc. and Dean Rage Development, LLC ("Plaintiffs"), on the

one hand, and defendant Bold Labs, Inc. ("Defendant"), on the other hand, hereby stipulate to

and agree to dismissal of all causes in this litigation, including the Amended Complaint and the

Counterclaim, with prejudice and with each side to bear their own costs and fees, and hereby

request the Court to enter an Order to such effect.

Date:        September 25, 2016.

BOLD LABS, INC.

FISHBOWL PRIZES, INC. and
DEAN RAGE DEVELOPMENT, LLC

By: ____/s/ Wayne Tang_____
        One of its Attorneys

By: ___/s/ Bradley Block_____
        One of their Attorneys

Wayne Tang
Nixon Peabody
70 West Madison Street
Suite 3500
Chicago, Illinois 60602
312-977-4400
312-977-4405 (fax)
wtang@nixonpeabody.com

Bradley S. Block
Law Offices of Bradley Block
707 Skokie Blvd.
Suite 600
Northbrook, IL 60062
(224) 533-1075
(224) 533-1076 (fax)
brad.block@bradblocklaw.com

James T. Nikolai (jim.nikolai@nm-iplaw.com)
Peter G. Nikolai (peter.nikolai@nm-iplaw.com)
Nikolai & Mersereau
900 Second Avenue South
Suite 1550
Minneapolis, Minnesota 55402
Phone: 612-339-7461
Fax: 612-349-6556

<u>**CERTIFICATE OF SERVICE**</u>

      I, Bradley Block, an attorney, certify that I caused a copy of the foregoing Stipulation to Dismiss to be served on the persons below by filing same with the Court, thereby causing service by the Court's ECF system, on September 25, 2016.


                                      _____/s/ Bradley Block_____
                                        Bradley Block


Service List:

James T. Nikolai (jim.nikolai@nm-iplaw.com)
Peter G. Nikolai (peter.nikolai@nm-iplaw.com)
Nikolai & Mersereau
900 Second Avenue South
Suite 1550
Minneapolis, Minnesota 55402
Phone: 612-339-7461
Fax: 612-349-6556


Wayne Tang
Nixon Peabody
70 West Madison Street
Suite 3500
Chicago, Illinois 60602
wtang@nixonpeabody.com
Phone: 312-977-4400
Fax: 312-977-4405